# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1859

_____

Susan Arnone,                              *
                                           *
            Appellant,                     *
                                           *   Appeal from the United States
    v.                                     *   District Court for the
                                           *   Western District of Missouri.
American Drug Stores, Inc.,                *
doing business as Osco Drugs, Inc.,        *   [UNPUBLISHED]
                                           *
            Appellee.                      *

_____

Submitted: June 26, 2007
    Filed: June 27, 2007

_____

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

Susan Arnone appeals the district court's[1] adverse grant of summary judgment in her Title VII employment-discrimination suit against her former employer, American Drug Stores, Inc. Having carefully reviewed the record and considered Arnone's arguments, we find no basis for reversal. See Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (de novo standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.